THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br> v. <br> CATS EXCAVATING, INC., a California corporation, <br> Defendant. | NO. 2:24-CV-00047-JCC <br><br> PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR ENTRY OF DEFAULT JUDGMENT |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff prays the Court for judgment against Defendant, Cats Excavating, Inc.

This motion is based on documents on file with the court and upon the attached affidavit of Russell J. Reid and exhibits hereto, the Declaration of Christopher Petty and exhibits thereto, which evidence Plaintiff is entitled to judgment against Defendant, Cats Excavating, Inc.

DATED this 7th day of March, 2024.

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By: _____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT – 2:24-cv-00047-JCC
Page 1 of 7

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

# AFFIDAVIT

STATE OF WASHINGTON )
) ss.
County of King )

RUSSELL J. REID, being first duly sworn on oath, deposes and says:

1. I am one of the Plaintiff's attorneys and make this affidavit in support of Plaintiff's motion for judgment after entry of default.

2. Plaintiff Northwest Administrators, Inc. ("Northwest"), as the authorized administrative agent for and assignee of the Western Conference of Teamsters Pension Trust Fund (hereinafter "Trust"), brought this action to collect employee benefit contributions, liquidated damages, interest, attorney's fees and costs due by reason of Defendant's employment of members of the bargaining unit represented by Local 166 of the International Brotherhood of Teamsters (hereinafter "Local").

3. As evidenced by the records on file with the court, an Order of Default has been entered against Defendant. (See **Exhibit A** attached).

4. As alleged by Plaintiff in paragraph I of its Complaint, it is a Washington corporation doing business in King County.

5. As alleged by Plaintiff in paragraph V of its Complaint, Defendant is a California corporation.

6. The Court has jurisdiction over the subject matter of this action under Section 502 (e)(1) and (f) of the Employee Retirement Income Security Act of 1974

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT – 2:24-cv-00047-JCC
Page 2 of 7

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

("ERISA"), 29 U.S.C. §1132 (e)(1) and (f) and under Section 301 (a) of the Taft-Hartley Act, 29 U.S.C. §185 (a).

7. As alleged by Plaintiff in paragraph VI of its Complaint, Defendant is bound to a collective bargaining agreement (See Petty Dec, Ex. A) with the Trust under which the Defendant is required to promptly and fully report for and pay monthly contributions to the Trust at specified rates for each hour of compensation (including overtime, holidays, vacation and sick leave) the Defendant pays to its employees who are members of the bargaining unit represented by the Local (such bargaining unit members are any of the Defendant's part time or full time employees who perform any work task covered by the Defendant's labor agreement with the Local, whether or not those employees ever actually join the Local).

8. As alleged by Plaintiff in paragraph VII of its Complaint, Defendant specifically accepted the Plaintiff's Trust Agreement. (Petty Dec., Ex. B, Article IV, Section 3, pp. 6-7).

9. By accepting the Trust's Agreement and Declaration of Trust, Defendant agreed to pay to the Trust liquidated damages equal to twenty percent (20%) of all delinquent and delinquently paid contributions and interest at varying annual rates accruing upon such contribution delinquencies, as well as reasonable attorneys' fees and costs the Trust incurs in connection with Defendant's unpaid obligations. (Petty Dec., Ex. B, Article IV, Section 3, pp. 6-7).

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT – 2:24-cv-00047-JCC
Page 3 of 7

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

10. The Trust Fund sent its 10-day Notice of Delinquency to Defendant on December 11, 2023 which states, in part:

> Your account is past due and will be referred for collection if full payment is not received within 10 days from date of this notice. In this event, you will then be required to pay a minimum of 20% of the delinquent amount in liquidated damages, substantial interest, plus reasonable attorney fees.
>
> FURTHER NOTICE OF DELINQUENCY NEED NOT TO BE GIVEN WHILE THIS ACCOUNT REMAINS IN DELINQUENT STATUS.

(Petty Dec, Ex. C)

11. The Trust Fund sent its 7-day letter dated 12/20/23 to the employer which states, in part:

> We must advise you that if contributions are not received within seven (7) days from the date of this letter, your account will be referred to the Trust's Attorney for collection. In this event, your firm will be liable for liquidated damages in an amount equal to twenty percent (20%) of contributions, plus interest and collection costs.
>
> This constitutes final notice you will receive from this office with regard to your failure to remit pension contributions by the due date as prescribed in your labor agreement.

(Petty Dec., Ex. D)

12. On January 8, 2024, Plaintiff's Trust Fund advised its counsel that the Defendant reported zero hours for the period October 2023, but had not received any reports for the period September 2023, November 2023 and December 2023. Plaintiff filed its lawsuit to collect contributions for the period September 2023 and November 2023 forward on January 10, 2024 and served the lawsuit on the

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT – 2:24-cv-00047-JCC
Page 4 of 7

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

Defendant on January 23, 2024. On February 5, 2024, Defendant reported zero hours to the Plaintiff's Trust for the period September 2023, November 2023 through January 2024. (Petty Dec., Ex. E)

13. Plaintiff has incurred attorneys' fees of $819.00 and court costs of $535.00 in connection with Defendant's late-filed reports received after the filing and service of the lawsuit on it. **Exhibit B,** attached hereto, sets forth the true and correct itemization of attorney and non-attorney time spent on this matter. The attorney's hourly rate does not incorporate the cost of work performed by non-attorneys. Consistent with *Trustees of Construction Industry v. Redland Insurance Company*, 460 F.3d 1253 (9th cir., 2006) the award of fees for both attorneys and non-attorneys is customary and fees for both attorneys and non-attorneys have been approved by numerous judges in the United States District Court for the Western District of Washington. True and correct copies of the Orders awarding fees and declarations showing the fees awarded were for work by attorneys and non-attorneys are attached hereto as **Exhibit C**.

14. The attorney fees incurred by Plaintiff include work performed by attorney, Russell J. Reid, and non-attorneys, Shelly Azus and Shantel Chance.

15. Based upon the pleadings heretofore filed with the Court, upon the foregoing information and exhibits hereto, it has been evidenced as follows:

    a. This action is properly within the jurisdiction of the Court and venue is proper;

    b. Defendant is in default herein;

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

    c.    Defendant has contractual obligations to promptly and fully to report for and pay contributions to the Trust at specified rates on behalf of each of Defendant's employees who is a member of the bargaining unit represented by the Local;

    d.    Defendant specifically accepted the Plaintiff Trust's Agreement and thereby agreed to pay Plaintiff Trust liquidated damages equal to twenty percent (20%) of all delinquent and delinquently paid contributions and interest at varying rates accruing on the delinquent contributions from the date due until fully paid, as well as all attorneys' fees and costs including audit expenses if applicable, which Plaintiff incurs in the collection of all of Defendant's unpaid obligations;

    e.    Based on Defendant's untimely reports for the period September 2023, and November 2023 through January 2024, Defendant is liable for attorney's fees of $819.00 and court costs of $535.00.

16.    Accordingly, Plaintiff is entitled to take judgment against Defendant for the total amount of $1,354.00: $819.00 in attorneys' fees and $535.00 in costs.

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Executed this ___7th___ day of March 2024, at Seattle, King County, Washington.

_____
Russell J. Reid, WSBA #2560

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT – 2:24-cv-00047-JCC
Page 6 of 7

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

SUBSCRIBED AND SWORN to before me this ___7th___ day of March 2024.

[Notary Seal: SHELLY AZUS, NOTARY PUBLIC #68304, STATE OF WASHINGTON, COMMISSION EXPIRES DECEMBER 9, 2026]

_Shelly Azus_
Print Name: Shelly Azus
Notary Public in and for the State of
Washington, residing at Covington WA
My commission expires: 12/09/26

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT – 2:24-cv-00047-JCC
Page 7 of 7

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925