# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CATS EXCAVATING, INC., <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. C24-0047-JCC |

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has ORDERED that:

Plaintiff is awarded judgment against Defendant in the amounts hereinafter listed: attorney fees of $819, and costs of $535, for a total of $1,354.

DATED this 15th day of March 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
